IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIMBERLY A. GARZA, and MARTIN GARZA, | ) ) ) | |
| Plaintiffs, | ) ) | 7:05cv5001 |
| v. | ) ) ) | |
| ROGER HENSON TRUCKING, and BRETT MILLER, | ) ) ) | ORDER |
| Defendants. | ) ) | |

The Clerk's Office has requested that Document Number 15 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 15 from the record.

DATED this 1st day of June, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge