IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY A. GARZA and MARTIN GARZA, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ROGER HENSON TRUCKING, L.L.C. and BRETT MILLER,<br><br>Defendants. | 7:05CV5001<br><br>ORDER |

This case is before the court on the joint oral motion of the parties, for an extension of the June 1, 2006 deposition deadline set out in the Final Progression Order [12], to June 20, 2006. For good cause shown, the request will be granted.

**IT IS ORDERED:**

1. The joint oral motion of the parties to extend the 6/1/2006 deposition deadline [29] is granted.

2. The deposition deadline is extended to **June 20, 2006.**

3. All other progression order deadlines remain in effect.

Dated this 10th day of May 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge