IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY A. GARZA and<br>MARTIN GARZA, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ROGER HENSON TRUCKING, L.L.C.,<br>and BRETT MILLER,<br><br>Defendant. | Case No. 7:05cv5001<br><br><br><br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge by James Ellison, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **July 17, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for July 10, 2006, is cancelled upon the representation that this case is settled.

Dated this 16th day of June 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge